Royal F. Oakes (080480), roakes@bargerwolen.com
Michael A. S. Newman (205299), mnewman@bargerwolen.com
James C. Castle (235551), jcastle@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY JOHNSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and, DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.:  2:09-cv-01420-MCE-GGH<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE**<br><br><br><br>Complaint Filed: April 22, 2009 |

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice.  IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear her/its own attorneys' fees and costs.  The Clerk of Court is directed to close the file.

**IT IS SO ORDERED**.

DATED: August 30, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\documents and settings\aespana-purpur.financial-620s\desktop\orders to process and send to docketing\09cv1420.stip.0831.doc

PDF created with pdfFactory trial version www.pdffactory.com